USD COURT D COLUMBIA

L. RUTHER W
V
UNITED STATES

Case: 1:17-cv-01116    JURY DEMAND
Assigned To : Unassigned
Assign. Date : 6/5/2017
Description: Pro Se Gen. Civ.    (F-DECK)

SUIT 1791 US 5, 6, 7 1868 US14 1865 US13

1. US NO DO CONTRACT, TORT JURY TRIAL
DAMAGE I, WE PEOPLE $19,000,000.00

2. US MOTION ORDER TO DISMISS JURY TRIAL
IS CRIME 1791 US 5, 6. US TAKE ASSET NO PAY
VALUE, NO DO SUMMON SUBPOENA, VOICE
HEARING, D. TERROR AT SUER

3. I FILE 100+ SUITS, NO JURY TRIAL.

4. 1868 US14 EQUAL PROTECT TO US PRESIDENT,
D. CRIME TRIAL, IS US COURT, CORPERATE
OWNER, WRITE CONTRACT TO BUY, WORK
ASSET
FOR COMPANY

5. I ORDER COPY TO US PRESIDENT, SENATE
JUDICIARY, OVERSIGHT COMMS, FOX TV
NETWORK.

6. MOTION DO VOICE HEARING 3-1-17, BY
PHONE

7. I INSOLVE INCOME SOCIAL SECURE $996.00 EXP
996.00. ASSET JAMES CATT PAY MI BAR STEAL
MONEY, US J CATT PAY, US COURT J, CAL 16 CR 2453

8 US STOP CITIZEN DO CRIME TRIAL, DAMAGE
SUER. CRIME DONE ON CITIZEN, US HATE, FALSE
RUTHER CLAIM ACTS AT CITIZEN

9. SUMMIN TO US ATTY GEN.
10052 CRYSTLIN CT ORLAN FL 32836
436 581 6 2674    2-1-17    Larry Ruther 1868 US14

RECEIVED
FEB 2 2017
Clerk, U.S. District and
Bankruptcy Courts

Receiving
Mail Room

CITIZEN DO US LAW TODAY, TRUMP

# CIVIL COVER SHEET

sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as es of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM)*

| TIFFS | DEFENDANTS |
|---|---|
| **L RUTHER** | **UNITED STATES** |
| Residence of First Listed Plaintiff | County of Residence of First Listed Defendant |
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| ...rm Name, Address, and Telephone Number **CRYSTLIN** **10052** **ORLANDO, FL 32836** | Attorneys *(If Known)* **ATTY GEN** |

## ...ISDICTION *(Place an "X" in One Box Only)*

☐ 3 Federal Question
   *(U.S. Government Not a Party)*

☐ 4 Diversity
   *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## ...URE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U S Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)* **COURT NY DO JVIG TRIAL N CRIME TRIAL**

Brief description of cause **1791 JS 5 C7 1868 U 14 1865 US 13**

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F R Cv P

DEMAND $ **UU 000 000**   CHECK YES only if demanded in complaint
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*  JUDGE _____  DOCKET NUMBER _____

DATE **2-1-17**   SIGNATURE OF ATTORNEY OF RECORD **RUTHER**

RECEIVED Mail Room

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG JUDGE_____